**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gabrielle M. Church                          CHAPTER 13
        Brandon E. Skelton
                Debtor(s)                          BKY. NO. 23-10503 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                                     /s/ **Brian C. Nicholas**
                                     Brian Nicholas
                                     04 Oct 2023, 07:38:23, EDT

                               Brian C. Nicholas, Esq. (317240) ☑
                               Denise Carlon, Esq. (317226) ☐
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               412-430-3594
                               bkgroup@kmllawgroup.com