# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10503-JCM |
| | : | |
| Brandon E. Skelton and | : | |
| Gabrielle M. Church, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**BRANDON:**

September 22, 2023

August 4, 2023

August 11, 2023

August 18, 2023

August 25, 2023

September 1, 2023

September 8, 2023

September 15, 2023

**GABRIELLE:**

**NONE**

**Next Payment Advice Expected (post-filing):**

September 22, 2023

K.D. SKELTON, BRANDON & CHURCH, GABRIELLE

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

paylocity

Direct Deposit Advice

**Check Date**
July 28, 2023

**Voucher Number**
17081

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,116.60 |
| **Total Direct Deposits** | | | **1,116.60** |

130263   120   1057  17081  10823        130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA  16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**                                                                                               **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 1057 | Fed Taxable Income | 1,383.32 | Check Date | July 28, 2023 | Voucher Number | 17081 |
| Location | 120 | Fed Filing Status | M | Period Beginning | July 16, 2023 | Net Pay | 1,116.60 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | July 22, 2023 | Total Hours Worked | 32.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 6.30 | 107.10 |
| ER Cost of | | 0.00 | 1.34 | 22.78 |
| Hourly | 44.00 | 32.00 | 1,408.00 | 34,012.00 |
| **Gross Earnings** | | **32.00** | **1,408.00** | **34,012.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 93.61 | 2,583.35 |
| MED | 20.06 | 487.06 |
| PA | 42.47 | 1,031.23 |
| PA-730902 | 22.82 | 554.23 |
| PA-DOR5 | | 12.00 |
| PA-ERI3 | 1.00 | 8.00 |
| PASUI-E | 0.99 | 23.78 |
| SS | 85.77 | 2,082.74 |
| **Taxes** | **266.72** | **6,782.39** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 351.56 |
| Vision | 4.00 | 68.00 |
| **Deductions** | **24.68** | **419.56** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,116.60 |
| **Total Direct Deposits** | | | **1,116.60** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 22.00 | 0.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130  Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

paylocity

Direct Deposit Advice

**Check Date** August 4, 2023

**Voucher Number** 17261

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,382.59 |
| **Total Direct Deposits** | | | 1,382.59 |

130263  120  1057  17261  10935        130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA  16502

**Non Negotiable - This is not a check - Non Negotiable**

## Zeek Technologies LLC

**Brandon Edward Skelton**                                     **Earnings Statement**

| Employee ID | 1057 | Fed Taxable Income | 1,735.32 | Check Date | August 4, 2023 | Voucher Number | 17261 |
| Location | 120 | Fed Filing Status | M | Period Beginning | July 23, 2023 | Net Pay | 1,382.59 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | July 29, 2023 | Total Hours Worked | 32.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 6.30 | 113.40 |
| ER Cost of | | 0.00 | 1.34 | 24.12 |
| Hourly | 44.00 | 32.00 | 1,408.00 | 35,420.00 |
| Sick | 44.00 | 8.00 | 352.00 | 352.00 |
| **Gross Earnings** | | 40.00 | 1,760.00 | 35,772.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 135.85 | 2,719.20 |
| MED | 25.16 | 512.22 |
| PA | 53.27 | 1,084.50 |
| PA-730902 | 28.63 | 582.86 |
| PA-DOR5 | | 12.00 |
| PA-ERI3 | 1.00 | 9.00 |
| PASUI-E | 1.23 | 25.01 |
| SS | 107.59 | 2,190.33 |
| **Taxes** | 352.73 | 7,135.12 |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 372.24 |
| Vision | 4.00 | 72.00 |
| **Deductions** | 24.68 | 444.24 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,382.59 |
| **Total Direct Deposits** | | | 1,382.59 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 15.00 | 8.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130  Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

paylocity

Direct Deposit Advice

**Check Date**
August 11, 2023

**Voucher Number**
17430

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,349.34 |
| **Total Direct Deposits** | | | **1,349.34** |

130263   120   1057 17430 11041         130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA  16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**                                                                                                      **Earnings Statement**

| Employee ID | 1057 | Fed Taxable Income | 1,691.32 | Check Date | August 11, 2023 | Voucher Number | 17430 |
| Location | 120 | Fed Filing Status | M | Period Beginning | July 30, 2023 | Net Pay | 1,349.34 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | August 5, 2023 | Total Hours Worked | 24.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 6.30 | 119.70 |
| ER Cost of | | 0.00 | 1.34 | 25.46 |
| Hourly | 44.00 | 24.00 | 1,056.00 | 36,476.00 |
| Sick | 44.00 | 15.00 | 660.00 | 1,012.00 |
| **Gross Earnings** | | **39.00** | **1,716.00** | **37,488.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 130.57 | 2,849.77 |
| MED | 24.52 | 536.74 |
| PA | 51.92 | 1,136.42 |
| PA-730902 | 27.91 | 610.77 |
| PA-DOR5 | | 12.00 |
| PA-ERI3 | 1.00 | 10.00 |
| PASUI-E | 1.20 | 26.21 |
| SS | 104.86 | 2,295.19 |
| **Taxes** | **341.98** | **7,477.10** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 392.92 |
| Vision | 4.00 | 76.00 |
| **Deductions** | **24.68** | **468.92** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,349.34 |
| **Total Direct Deposits** | | | **1,349.34** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 0.00 | 23.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130 Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

paylocity

Direct Deposit Advice

**Check Date**
August 18, 2023

**Voucher Number**
17635

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,382.55 |
| **Total Direct Deposits** | | | 1,382.55 |

DIRECT DEPOSIT VOUCHER

130263   120   1057 17635 11174            130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA  16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**                                                                                     **Earnings Statement**

| Employee ID | 1057 | Fed Taxable Income | 1,735.32 | Check Date | August 18, 2023 | Voucher Number | 17635 |
| Location | 120 | Fed Filing Status | M | Period Beginning | August 6, 2023 | Net Pay | 1,382.55 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | August 12, 2023 | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | | YTD |
|---|---|---|---|---|---|
| ER Cost of | 0.00 | | 6.30 | | 126.00 |
| ER Cost of | 0.00 | | 1.34 | | 26.80 |
| Hourly | 44.00 | 40.00 | 1,760.00 | | 38,236.00 |
| Sick | | | | | 1,012.00 |
| **Gross Earnings** | | 40.00 | 1,760.00 | | 39,248.00 |

| Taxes | | | | Amount | YTD |
|---|---|---|---|---|---|
| FITW | | | | 135.85 | 2,985.62 |
| MED | | | | 25.20 | 561.94 |
| PA | | | | 53.27 | 1,189.69 |
| PA-730902 | | | | 28.63 | 639.40 |
| PA-DOR5 | | | | | 12.00 |
| PA-ERI3 | | | | 1.00 | 11.00 |
| PASUI-E | | | | 1.23 | 27.44 |
| SS | | | | 107.59 | 2,402.78 |
| **Taxes** | | | | 352.77 | 7,829.87 |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 413.60 |
| Vision | 4.00 | 80.00 |
| **Deductions** | 24.68 | 493.60 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,382.55 |
| **Total Direct Deposits** | | | 1,382.55 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 1.00 | 23.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130  Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

paylocity

Direct Deposit Advice

**Check Date**
August 25, 2023

**Voucher Number**
17805

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,050.12 |
| **Total Direct Deposits** | | | 1,050.12 |

130263   120   1057  17805  11281         130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA  16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 1057 | Fed Taxable Income | 1,295.32 | Check Date | August 25, 2023 |
| Location | 120 | Fed Filing Status | M | Period Beginning | August 13, 2023 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | August 19, 2023 |

| | | |
|---|---|---|
| Voucher Number | | 17805 |
| Net Pay | | 1,050.12 |
| Total Hours Worked | | 30.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | 0.00 | 6.30 | | 132.30 |
| ER Cost of | 0.00 | 1.34 | | 28.14 |
| Hourly | 44.00 | 30.00 | 1,320.00 | 39,556.00 |
| Sick | | | | 1,012.00 |
| **Gross Earnings** | | 30.00 | 1,320.00 | 40,568.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 83.05 | 3,068.67 |
| MED | 18.78 | 580.72 |
| PA | 39.77 | 1,229.46 |
| PA-730902 | 21.37 | 660.77 |
| PA-DOR5 | | 12.00 |
| PA-ERI3 | 1.00 | 12.00 |
| PASUI-E | 0.92 | 28.36 |
| SS | 80.31 | 2,483.09 |
| **Taxes** | 245.20 | 8,075.07 |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 434.28 |
| Vision | 4.00 | 84.00 |
| **Deductions** | 24.68 | 518.28 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,050.12 |
| **Total Direct Deposits** | | | 1,050.12 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 2.00 | 23.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130  Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

paylocity

Direct Deposit Advice

**Check Date**
September 1, 2023

**Voucher Number**
18016

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,249.55 |
| **Total Direct Deposits** | | | 1,249.55 |

130263   120   1057 18016 11412        130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA  16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**                                                                            **Earnings Statement**

| Employee ID | 1057 | Fed Taxable Income | 1,559.32 | Check Date | September 1, 2023 | Voucher Number | 18016 |
| Location | 120 | Fed Filing Status | M | Period Beginning | August 20, 2023 | Net Pay | 1,249.55 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | August 26, 2023 | Total Hours Worked | 36.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 6.30 | 138.60 |
| ER Cost of | | 0.00 | 1.34 | 29.48 |
| Hourly | 44.00 | 36.00 | 1,584.00 | 41,140.00 |
| Sick | | | | 1,012.00 |
| **Gross Earnings** | | 36.00 | 1,584.00 | 42,152.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 114.73 | 3,183.40 |
| MED | 22.61 | 603.33 |
| PA | 47.87 | 1,277.33 |
| PA-730902 | 25.73 | 686.50 |
| PA-DOR5 | | 12.00 |
| PA-ERI3 | 1.00 | 13.00 |
| PASUI-E | 1.15 | 29.51 |
| SS | 96.68 | 2,579.77 |
| **Taxes** | 309.77 | 8,384.84 |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 454.96 |
| Vision | 4.00 | 88.00 |
| **Deductions** | 24.68 | 542.96 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,249.55 |
| **Total Direct Deposits** | | | 1,249.55 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 3.00 | 23.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130  Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

Direct Deposit Advice

**Check Date**
September 8, 2023

**Voucher Number**
18182

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,349.34 |
| **Total Direct Deposits** | | | **1,349.34** |

130263   120   1057  18182  11516          130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA  16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**                                                           **Earnings Statement**

| Employee ID | 1057 | Fed Taxable Income | 1,691.32 | Check Date | September 8, 2023 | Voucher Number | 18182 |
| Location | 120 | Fed Filing Status | M | Period Beginning | August 27, 2023 | Net Pay | 1,349.34 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | September 2, 2023 | Total Hours Worked | 39.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 6.30 | 144.90 |
| ER Cost of | | 0.00 | 1.34 | 30.82 |
| Hourly | 44.00 | 39.00 | 1,716.00 | 42,856.00 |
| Sick | | | | 1,012.00 |
| **Gross Earnings** | | **39.00** | **1,716.00** | **43,868.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 130.57 | 3,313.97 |
| MED | 24.52 | 627.85 |
| PA | 51.92 | 1,329.25 |
| PA-730902 | 27.91 | 714.41 |
| PA-DOR5 | | 12.00 |
| PA-ERI3 | 1.00 | 14.00 |
| PASUI-E | 1.20 | 30.71 |
| SS | 104.86 | 2,684.63 |
| **Taxes** | **341.98** | **8,726.82** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 475.64 |
| Vision | 4.00 | 92.00 |
| **Deductions** | **24.68** | **567.64** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,349.34 |
| **Total Direct Deposits** | | | **1,349.34** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 4.00 | 23.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130  Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**
400 Sunrise Ave
Suite 130
Roseville, CA 95661

paylocity

Direct Deposit Advice

**Check Date**
September 15, 2023

**Voucher Number**
18376

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 783.89 |
| **Total Direct Deposits** | | | 783.89 |

130263   120   1057 18376 11641            130263
**Brandon Edward Skelton**
1108 Cascade St
Erie, PA 16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**                                                                                                   **Earnings Statement**

| Employee ID | 1057 | Fed Taxable Income | 943.32 | Check Date | September 15, 2023 | Voucher Number | 18376 |
| Location | 120 | Fed Filing Status | M | Period Beginning | September 3, 2023 | Net Pay | 783.89 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | September 9, 2023 | Total Hours Worked | 18.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | 0.00 | | 6.30 | 151.20 |
| ER Cost of | 0.00 | | 1.34 | 32.16 |
| Hourly | 44.00 | 18.00 | 792.00 | 43,648.00 |
| Sick | 44.00 | 4.00 | 176.00 | 1,188.00 |
| **Gross Earnings** | | 22.00 | 968.00 | 44,836.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 41.06 | 3,355.03 |
| MED | 13.68 | 641.53 |
| PA | 28.96 | 1,358.21 |
| PA-730902 | 15.56 | 729.97 |
| PA-DOR5 | | 12.00 |
| PA-ERI3 | 1.00 | 15.00 |
| PASUI-E | 0.68 | 31.39 |
| SS | 58.49 | 2,743.12 |
| **Taxes** | 159.43 | 8,886.25 |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 496.32 |
| Vision | 4.00 | 96.00 |
| **Deductions** | 24.68 | 592.32 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 783.89 |
| **Total Direct Deposits** | | | 783.89 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 1.00 | 27.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130  Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

**Zeek Technologies LLC**  
400 Sunrise Ave  
Suite 130  
Roseville, CA 95661

○ paylocity

Direct Deposit Advice

**Check Date**  
September 22, 2023

**Voucher Number**  
18542

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,382.59 |
| **Total Direct Deposits** | | | 1,382.59 |

130263   120   1057 18542 11747            130263  
**Brandon Edward Skelton**  
1108 Cascade St  
Erie, PA  16502

## Non Negotiable - This is not a check - Non Negotiable

### Zeek Technologies LLC

**Brandon Edward Skelton**                                                                                      **Earnings Statement**

| Employee ID | 1057 | Fed Taxable Income | 1,735.32 | Check Date | September 22, 2023 | Voucher Number | 18542 |
| Location | 120 | Fed Filing Status | M | Period Beginning | September 10, 2023 | Net Pay | 1,382.59 |
| Hourly | $44.00 | State Filing Status | M-0 | Period Ending | September 16, 2023 | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | | YTD |
|---|---|---|---|---|---|
| ER Cost of | | 0.00 | 6.30 | | 157.50 |
| ER Cost of | | 0.00 | 1.34 | | 33.50 |
| Hourly | 44.00 | 40.00 | 1,760.00 | | 45,408.00 |
| Sick | | | | | 1,188.00 |
| **Gross Earnings** | | **40.00** | **1,760.00** | | **46,596.00** |

| Taxes | | | | Amount | YTD |
|---|---|---|---|---|---|
| FITW | | | | 135.85 | 3,490.88 |
| MED | | | | 25.16 | 666.69 |
| PA | | | | 53.27 | 1,411.48 |
| PA-730902 | | | | 28.63 | 758.60 |
| PA-DOR5 | | | | | 12.00 |
| PA-ERI3 | | | | 1.00 | 16.00 |
| PASUI-E | | | | 1.23 | 32.62 |
| SS | | | | 107.59 | 2,850.71 |
| **Taxes** | | | | **352.73** | **9,238.98** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 20.68 | 517.00 |
| Vision | 4.00 | 100.00 |
| **Deductions** | **24.68** | **617.00** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***5144 | 1,382.59 |
| **Total Direct Deposits** | | | **1,382.59** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Pennsylva | 2.00 | 27.00 |

Zeek Technologies LLC | 400 Sunrise Ave Suite 130 Roseville, CA 95661 | (781) 223-6169 | FEIN: 81-3283058 | PA: 76-96169

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10503-JCM |
| | : | |
| Brandon E. Skelton and | : | |
| Gabrielle M. Church, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Gabrielle M. Church, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Gabrielle M. Church, hereby state as follows:

1.) I am unemployed; therefore I am unable to provide the prior (6) six months pay advices.
2.) I was required to file 2021 - 2022 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>October 23, 2023</u>　　　　　　　　　　　<u>/s/ Gabrielle M. Church</u>
　　　　　　　　　　　　　　　　　　　　　　　Debtor