# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: BRANDON SKELTON            Case No. 23-10503

Debtor            Chapter 13

## WITHDRAWAL OF PROOF OF CLAIM OF JUNGERMANN DENTAL CARE

Creditor, Jungermann Dental Care, by and through its Agent, Wakefield and Associates, Inc., hereby withdraws its Proof of Claim filed and listed as claim number 14 on the Trustee's claims register, for account number ending in 4009, and in the amount of $110.00, as the claim was filed in error.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing Withdrawal of Proof of Claim was served on 11/16/23, via the method referenced below:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Trustee (via ECF)*


Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
*Counsel for Debtor (via ECF)*

By:    */s/ Eileen Ewertz*
           Bankruptcy Clerk
           Wakefield & Associates, Inc.
           P.O. Box 51272
           Knoxville, TN 37950