IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Erie Division*

| | |
|---|---|
| IN RE:<br>BRANDON E. SKELTON AND GABRIELLE M. CHURCH | Case No. 23-10503-JCM<br><br>Chapter 13 |
| CARMAX BUSINESS SERVICES, LLC, A SUBSIDIARY OF CARMAX AUTO FINANCE, INC.,<br>     Movant | <br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |
| vs.<br><br>BRANDON E. SKELTON AND GABRIELLE M. CHURCH,<br>     Debtors<br>and<br><br>Ronda J Winnecour<br>     Respondent | |

**OBJECTION TO CONFIRMATION
OF DEBTORS' CHAPTER 13 PLAN**

CARMAX BUSINESS SERVICES, LLC, A SUBSIDIARY OF CARMAX AUTO FINANCE, INC. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtors' Chapter 13 Plan* (Doc 13), and states as follows:

1.    The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 27, 2023.

2.    Movant holds a security interest in the Debtors' property known as 2020 Subaru,

VIN: JF2SKARC3LH403449 (the "Property"), by virtue of a Retail Installment Contract.

    3.    The Debtors filed a Chapter 13 Plan (the "Plan") on October 25, 2023 (Doc 13).

    4.    Movant filed a Proof of Claim in this case on October 2, 2023 (Claim No. 1) which lists a total debt of $25,438.59 and pre-petition arrears of $555.16.

    5.    Movant objects to Debtors' proposed Chapter 13 Plan as it lists Movant's claim at $25,248.00 with an interest rate of 7.00%. The Debtors do not provide any evidence to substantiate this value, nor do Debtors provided any reason for the interest rate listed. Attached is a copy of a J.D. Power Valuation that indicates that this exact car has a clean retail value of $27,175.00. See attached Exhibit A.

    6.    Movant objects to the interest amount listed in Debtors' Chapter 13 Plan when the contract rate of interest is 10.95%. The Debtors are attempting to cramdown the loan to $25,248.00 with an interest rate of 7.00%. Movant's position is that the Prime Rate when the Bankruptcy case was filed was 8.5%, adding a risk factor of 1-3% pursuant to In re Till, suggests the Debtors' Plan should provide for interest between 9.5% to 11.5%.

    7.    The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract. CarMax, with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provide proof of insurance.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

                                                            */s/Mario Hanyon*
                                                            Andrew Spivack, PA Bar No. 84439
                                                            Matthew Fissel, PA Bar No. 314567
                                                            Mario Hanyon, PA Bar No. 203993

Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Erie Division*

| | |
|---|---|
| IN RE:<br>BRANDON E. SKELTON AND GABRIELLE M. CHURCH | Case No. 23-10503-JCM |
| | Chapter 13 |
| CARMAX BUSINESS SERVICES, LLC, A SUBSIDIARY OF CARMAX AUTO FINANCE, INC.,<br>       Movant | |
| | Hearing Date: TBD |
| | Hearing Time: TBD |
| | Objection Date: TBD |
| vs.<br><br>BRANDON E. SKELTON AND GABRIELLE M. CHURCH,<br>       Debtors<br>and<br><br>Ronda J Winnecour<br>       Respondent | |

### CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

I certify under penalty of perjury that on this day, I served or caused to be served the OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| Daniel P. Foster, Esq.<br>Foster Law Offices | Ronda J Winnecour<br>Suite 3250, USX Tower |

| | |
|---|---|
| 1210 Park Avenue<br>Meadville, PA 16335<br>*Counsel for Debtor* | 600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

BRANDON E. SKELTON
1108 CASCADE STREET
ERIE, PA 16502

GABRIELLE M. CHURCH
1108 CASCADE STREET
ERIE, PA 16502
*Debtor*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>December 19, 2023</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**