**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No: 26-10023-JAD** |
| | : | |
| **Ryan A. Holler AND** | : | **Chapter 13** |
| **Miranda J. Holler,** | : | |
| **Debtors,** | : | |
| | : | **Related to Docket No: 42** |
| **Ryan A. Holler AND,** | : | |
| **Miranda J. Holler,** | : | |
| **Movants,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
REGARDING DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than July 11, 2026 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at https://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on August 4, 2026 at 10:00 A.M. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing parties must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating

remotely shall comply with Judge Deller's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-0.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated:  June 24, 2026

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com

### CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Debtors' Motion to Dismiss Chapter 13 Case, Proposed Order* and *Notice of Hearing* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>June 24, 2026</u>

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

Label Matrix for local noticing
0315-1
Case 26-10023-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Wed Jun 24 13:59:50 EDT 2026

Bridgecrest Credit Company, LLC as Agent and
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

NewRez LLC
Hill Wallack LLP
21 Roszel Road
P.O Box 5226
Princeton, NJ 08543-5226

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

Acima Leasing
13907 Minuteman Drive
5th Floor
Draper, UT 84020-9869

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Bridgecrest Acceptance Corp
Attn: Bankruptcy
Po Box 53087 Suite 100
Phoenix, AZ 85072-3087

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One/Bass Pro
Capital One, Attn: Bankruptcy
P.O. Box 1330
Charlotte, NC 28201-1330

Carvana, LLC / Bridgecrest c/o AIS Portfolio
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citibank/The Home Depot
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

Elite Wholesale Solutions, Inc.
2965 Niagra Falls Boulevard
Buffalo, NY 14228-2023

Great Lakes Liquidation, LLC
17220 Lincolnville Road
Union City, PA 16438-9146

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joseph B. Spero, Esquire
3213 West 26th Street
Erie, PA 16506-2507

Joseph B. Spero, Trustee
Bankruptcy Estate of Great Lakes Liquida
3213 West 26th Street
Erie, PA 16506-2507

Kubota Credit Corp, USA
Attn: Bankruptcy
1000 Kubota Drive,
Grapevine, TX 76051-2334

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NewRez LLC
P.O. Box 10826
Greenville, SC 29603-0826

Newrez
Attn: Bankruptcy
P.O.Box 10826
Greenville, SC 29603-0826

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Performance Finance
10509 Professional Circle Ste 100
Reno, NV 89521-4883

Performance Finance
Attn: Bankruptcy
1515 West 22nd Street, Suite 100w
Oak Brook, IL 60523-2007

REVCO SOLUTIONS INC
PO Box 58
Fort Morgan CO 80701-0058

Sheffield
Sheffield Financial, Attn: Bankruptcy
Po Box 25127
Winston-Salem, NC 27114-5127

Sheffield Financial, a division of Truist Ba
PO Box 1847/100-50-01-51
Wilson, NC 27894-1847

Stellantis Financial Srvs
Attn: Bankruptcy
5757  Woodway Dr Suite 400
Houston, TX 77057-1520

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Toyota Motor Credit Corp/Mazda Financial
Attn: Bankruptcy
6400 Main Street, Suite 200
Amherst, NY 14221-5803

Toyota Motor Credit Corporation
P.O. Box 330
Williamsville, New York 14231-0330

UPMC PHYSICIAN SERVICES
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wf/Preferred
Attn: Bankruptcy
P.O. Box 51193
Los Angeles, CA 90051-5493

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Joseph B. Spero
Spero Law Office
3213 West 26 Street
Erie, PA 16506-2507

Miranda J. Holler
357 Benson Avenue
Meadville, PA 16335-1404

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Ryan A. Holler
357 Benson Avenue
Meadville, PA 16335-1404

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

End of Label Matrix
Mailable recipients    43
Bypassed recipients     1
Total                  44