FORM JCM 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10503-JCM |
| | : | |
| **Brandon E. Skelton AND** | : | **CHAPTER 13** |
| **Gabrielle M. Church,** | : | |
| **Debtors,** | : | |
| | : | **RELATED TO DOCKET NO.: 51** |
| **_____** | : | |
| **Brandon E. Skelton AND** | : | |
| **Gabrielle M. Church,** | : | |
| **Movants,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondent.** | : | |

**<u>NOTICE OF HEARING AND RESPONSE DEADLINE</u>**
**<u>REGARDING DEBTOR'S AMENDED MOTION TO CONVERT CASE UNDER</u>**
**<u>CHAPTER 13 TO A CASE UNDER CHAPTER 7</u>**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than <u>July 13, 2026</u> (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on <u>August 4, 2026 at 2:00 P.M.</u> before Judge John C. Melaragno in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>June 26, 2026</u>

Respectfully submitted,
<u>/s/ Daniel P. Foster, Esquire</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: <u>dan@mrdebtbuster.com</u>
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Debtors' Amended Motion to Covert Case Under Chapter 13 to a Case Under Chapter 7, Proposed Order* and *Notice of Hearing* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>June 26, 2026</u>

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

Label Matrix for local noticing
0315-1
Case 23-10503-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Wed Jun 24 15:43:01 EDT 2026

Carmax Business Services Llc A Subsidiary
225 Chastain Meadows Court
Kennesaw, GA 30144-5897

JUNGERMANN DENTAL CARE
C/O WAKEFIELD & ASSOCIATES LLC
PO BOX 51272
KNOXVILLE, TN 37950-1272

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264-5250

Ameren Corporation
1901 Chouteau Ave
Saint Louis, MO 63103-3085

Ameren Missouri
Po Box 66881
MC 310 bankrutpcy
saint louis, MO 63166-6881

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Car Credit
Attn: Bankruptcy Department
12750 St. Charles Rock Road
Bridgeton, MO 63044-2414

(p)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101-2076

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Diversified Adjustment Services, Inc
Attn: Bankrupcty
Po Box 32145
Fridley, MN 55432-0145

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JUNGERMANN DENTAL CARE
c/o WAKEFIELD & ASSOCIATES, LLC
PO BOX 51272
KNOXVILE, TN 37950-1272

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MCA Management Co
Attn: Bankruptcy
2835a High Ridge Blvd
High Ridge, MO 63049-2209

Mercy Health
PO Box 1123
Minneapolis, MN 55440-1123

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053-6945

Nelnet
Pob 60610
Harrisburg, PA 17106-0610

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410


RISE Credit
Attn: Bankruptcy
Po Box 101808
Fort Worth, TX 76185-1808

Saint Vincent Hospital
232 West 25th Street
Erie, PA 16544-0001

St. Louis Community Credit Union
Attn: Bankruptcy
3651 Forest Park Avenue
St. Louis, MO 63108-3380


Synchrony Bank/B&H
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Google
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Nautilus
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229


US Acute Care Solutions
PO Box 14099
Belfast, ME 04915-4034

US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201-5229

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422


(p)WAKEFIELD & ASSOCIATES
PO BOX 58
FORT MORGAN CO 80701-0058

Walmart Credit Services/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607-5066


Brandon E. Skelton
1108 Cascade Street
Erie, PA 16502-1150

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Gabrielle M. Church
1108 Cascade Street
Erie, PA 16502-1150


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


CarMax Auto Finance
Attn: Bankruptcy
Po Box 440609
Kennesaw, GA 30160

Mohela/Department of Education
633 Spirit Drive
Chesterfield, MO 63005

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

(d)US Department of Education/MOHELA
633 Spirit Drive
Chesterfield MO 63005

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    51
Bypassed recipients     1
Total                  52