**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 23-10503-JCM |
| | : | |
| Brandon E. Skelton and | : | |
| Gabrielle M. Church, | : | Chapter 7 |
| Debtors | : | |
| | : | |
| Brandon E. Skelton and | : | |
| Gabrielle M. Church, | : | Docket No.: 61 |
| Movants | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Movant(s) Incorrect Address:
1108 Cascade Street
Erie, PA 16502

Movant(s) Correct Address:
4333 Seemsville Road
Northampton, PA 18067

Respectfully Submitted,

Date:  July 1, 2026

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors