**Form 132**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

58

In re:                                                                    Bankruptcy Case No.: 23–10503–JCM

Chapter: 7

**Brandon E. Skelton**                                        Gabrielle M. Church
Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

Joseph B. Spero is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 6/29/26                                                        **Andrew R. Vara**
                                                                              United States Trustee

                                                                              **Marta E. Villacorta**
                                                                              Assistant United States Trustee
                                                                              Western District of Pennsylvania

---

I Joseph B. Spero, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                              Joseph B. Spero

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Brandon E. Skelton

Gabrielle M. Church

     Debtors

Case No. 23-10503-JCM

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: 132 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| tr | + Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Brandon E. Skelton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Gabrielle M. Church dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Mario J. Hanyon | on behalf of Creditor Carmax Business Services  Llc, A Subsidiary Of Carmax Auto Finance, Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

District/off: 0315-1

Date Rcvd: Jun 29, 2026

User: auto

Form ID: 132

Page 2 of 2

Total Noticed: 1

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7