| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Brandon E. Skelton**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–6293<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) **Gabrielle M. Church**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8555<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: 13  9/27/23 | |
| Case number: 23–10503–JCM | Date case converted to chapter: 7  6/29/26 | |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brandon E. Skelton | Gabrielle M. Church |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1108 Cascade Street<br>Erie, PA 16502 | 1108 Cascade Street<br>Erie, PA 16502 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph B. Spero<br>3213 West 26th Street<br>Erie, PA 16506 | Contact phone 814–836–1011<br><br>Email: sperofirm@sperolawoffice.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**

Debtor  **Brandon E. Skelton**  and  **Gabrielle M. Church**                    Case number **23–10503–JCM**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 6/29/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 12, 2026 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 639 079 5364, and Passcode 3024807978, call 1–814–900–6661**<br><br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

| | | |
|---|---|---|
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/12/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/8/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/24/24** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 23-10503-JCM

Brandon E. Skelton                                                                              Chapter 7

Gabrielle M. Church

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                              User: auto                                              Page 1 of 4

Date Rcvd: Jun 29, 2026                                    Form ID: 309B                              Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Brandon E. Skelton, Gabrielle M. Church, 1108 Cascade Street, Erie, PA 16502-1150 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Carmax Business Services, Llc, A Subsidiary Of Car, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 15641241 | + | Ameren Corporation, 1901 Chouteau Ave, Saint Louis, MO 63103-3085 |
| 15641243 | + | Car Credit, Attn: Bankruptcy Department, 12750 St. Charles Rock Road, Bridgeton, MO 63044-2414 |
| 15649430 | + | Saint Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 15649431 | + | US Acute Care Solutions, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: dan@mrdebtbuster.com | Jun 30 2026 00:47:00 | Daniel P. Foster, Foster Law Offices, 1210 Park Avenue, Meadville, PA 16335 |
| tr | + | EDI: QJBSPERO.COM | Jun 30 2026 04:37:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Jun 30 2026 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 30 2026 04:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jun 30 2026 00:47:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 30 2026 00:47:00 | JUNGERMANN DENTAL CARE, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272, UNITED STATES 37950-1272 |
| 15649429 | ^ | MEBN | Jun 30 2026 00:37:08 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15649802 | + | EDI: UNIONELECT.COM | Jun 30 2026 04:37:00 | Ameren Missouri, Po Box 66881, MC 310 bankrutpcy, saint louis, MO 63166-6881 |
| 15641244 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 30 2026 00:47:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 15641242 | + | EDI: CAPITALONE.COM | Jun 30 2026 04:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15654877 | | EDI: CAPITALONE.COM | Jun 30 2026 04:37:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

District/off: 0315-1                          User: auto                                      Page 2 of 4
Date Rcvd: Jun 29, 2026                       Form ID: 309B                                   Total Noticed: 55

| | | | |
|---|---|---|---|
| 15641245 | + EDI: JPMORGANCHASE | Jun 30 2026 04:37:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15641246 | + EDI: JPMORGANCHASE | Jun 30 2026 04:37:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15641247 | + EDI: CITICORP | Jun 30 2026 04:37:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15641248 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2026 00:48:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15652150 | EDI: DISCOVER | Jun 30 2026 04:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15641249 | + EDI: DISCOVER | Jun 30 2026 04:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15641250 | ^ MEBN | Jun 30 2026 00:37:02 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 15641251 | + EDI: PHINGENESIS | Jun 30 2026 04:37:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15650568 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 30 2026 00:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15647998 | + Email/Text: RASEBN@raslg.com | Jun 30 2026 00:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15657733 | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 30 2026 00:47:00 | JUNGERMANN DENTAL CARE, c/o WAKEFIELD & ASSOCIATES, LLC, PO BOX 51272, KNOXVILE, TN 37950-1272 |
| 15641252 | + EDI: CAPITALONE.COM | Jun 30 2026 04:37:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15656560 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2026 00:49:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15641253 | + Email/Text: JRepa@mcacollectionagency.com | Jun 30 2026 00:47:00 | MCA Management Co, Attn: Bankruptcy, 2835a High Ridge Blvd, High Ridge, MO 63049-2209 |
| 15641254 | Email/Text: EBN@Mohela.com | Jun 30 2026 00:47:00 | Mohela/Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15697454 | Email/Text: EBN@Mohela.com | Jun 30 2026 00:47:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15663805 | Email/Text: BNCnotices@dcmservices.com | Jun 30 2026 00:47:00 | Mercy Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15641255 | ^ MEBN | Jun 30 2026 00:37:01 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 15641256 | + Email/Text: bncnotifications@pheaa.org | Jun 30 2026 00:47:00 | Nelnet, Pob 60610, Harrisburg, PA 17106-0610 |
| 15664061 | EDI: PRA.COM | Jun 30 2026 04:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15681307 | EDI: PRA.COM | Jun 30 2026 04:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15641257 | + Email/PDF: ebnotices@pnmac.com | Jun 30 2026 00:49:15 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15661427 | + Email/PDF: ebnotices@pnmac.com | Jun 30 2026 00:49:01 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15641258 | + EDI: PHINELEVATE | | |

District/off: 0315-1 | User: auto | Page 3 of 4
Date Rcvd: Jun 29, 2026 | Form ID: 309B | Total Noticed: 55

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 30 2026 04:37:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 15641259 | + | Email/Text: membercare@stlouiscommunity.com | Jun 30 2026 00:47:00 | St. Louis Community Credit Union, Attn: Bankruptcy, 3651 Forest Park Avenue, St. Louis, MO 63108-3380 |
| 15641260 | + | EDI: SYNC | Jun 30 2026 04:37:00 | Synchrony Bank/B&H, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15641261 | + | EDI: SYNC | Jun 30 2026 04:37:00 | Synchrony Bank/Google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15641262 | + | EDI: SYNC | Jun 30 2026 04:37:00 | Synchrony Bank/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15641263 | + | EDI: SYNC | Jun 30 2026 04:37:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15641264 | + | EDI: SYNC | Jun 30 2026 04:37:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15641265 | | Email/Text: bknotice@upgrade.com | Jun 30 2026 00:47:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15661532 | | EDI: USBANKARS.COM | Jun 30 2026 04:37:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15641266 | + | EDI: USBANKARS.COM | Jun 30 2026 04:37:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15641267 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 30 2026 00:47:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 15641268 | + | EDI: CAPITALONE.COM | Jun 30 2026 04:37:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15641269 | + | EDI: WFAUTO | Jun 30 2026 04:37:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**
cr                              PENNYMAC LOAN SERVICES, LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                    Signature:        /s/Gustava Winters

District/off: 0315-1                    User: auto                                 Page 4 of 4
Date Rcvd: Jun 29, 2026                 Form ID: 309B                        Total Noticed: 55

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Brandon E. Skelton dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Gabrielle M. Church dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Mario J. Hanyon | on behalf of Creditor Carmax Business Services  Llc, A Subsidiary Of Carmax Auto Finance, Inc. wbecf@brockandscott.com,<br>mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7