IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **23-10503** |
| **Brandon E. Skelton** | : | |
| **Gabrielle M. Church** | : | |
| | : | Chapter **7** |
| | : | |
| Debtors | : | |
| | : | Related to Document No. |
| **Brandon E. Skelton** | : | |
| **Gabrielle M. Church** | : | |
| | : | |
| | : | |
| Movants | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Daniel Foster**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Daniel Foster**
Signature
**Daniel Foster**
Typed Name
**1210 Park Avenue**
**Meadville, PA 16335**
Address
**814-724-1165 Fax:814-724-1158**
Phone No.
**PA 92376 PA**
List Bar I.D. and State of Admission

Erie Water Works
340 West Bayfront Parkway
Erie, PA 16507

National Fuel
1108 Cascade Street
Erie, PA 16502

Penelec
PO Box 37142
Pittsburgh, PA 15250

Spectrum
PO BOX 6030
Carol Stream, IL 60197

**PAWB Local Form 30 (07/13)**