Certificate Number: 03088-PAW-DE-041205499

Bankruptcy Case Number: 23-10503



03088-PAW-DE-041205499

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 9:26 o'clock PM CDT, Brandon Skelton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 14, 2026                By:     /s/Luis Villarroel

Name:   Luis Villarroel

Title:   Counselor