Certificate Number: 03088-PAW-DE-041205502

Bankruptcy Case Number: 23-10503



03088-PAW-DE-041205502

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 9:26 o'clock PM CDT, Gabrielle Church completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 14, 2026            By:      /s/Luis Villarroel

                                 Name:   Luis Villarroel

                                 Title:   Counselor