**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 23-10503-JCM** |
| | : | |
| **Brandon E. Skelton and** | : | |
| **Gabrielle M. Church,** | : | **CHAPTER 13** |
| **Debtors,** | : | |
| _____ | : | **RELATED TO DOCKET NO.: 70** |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedule F** that was filed on July 10, 2026, Order and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: July 16, 2026

By: /s/ Caitlyn Campbell
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

Erie Water Works
340 West Bayfront Parkway
Erie, PA 16507
*Service via US Mail*

National Fuel
1108 Cascade Street
Erie, PA 16502
*Service via US Mail*

Penelec
PO Box 37142
Pittsburgh, PA 15250
*Service via US Mail*

Spectrum
PO BOX 6030
Carol Stream, IL 60197
*Service via US Mail*

Brandon Skelton & Gabrielle Church
4333 Seemsville Road
Northampton, PA 18067
*Service via US Mail*

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*