**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BRANDON E. SKELTON
    GABRIELLE M. CHURCH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Case No.:23-10503

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/27/2023  and confirmed on 12/11/2023 .  The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,031.25 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,026.25 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 3,361.90 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,361.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 31,979.07 | 0.00 | 31,979.07 |
|   Acct: 5758 | | | | |
| PENNYMAC LOAN SERVICES LLC | 2,347.91 | 857.75 | 0.00 | 857.75 |
|   Acct: 5758 | | | | |
| CARMAX AUTO FIN/CARMAX BIZ SVC | 25,438.59 | 10,924.96 | 4,902.57 | 15,827.53 |
|   Acct: 2719 | | | | |
| | | | | 48,664.35 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRANDON E. SKELTON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRANDON E. SKELTON | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1998 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 10,955.57 | 0.00 | 0.00 | 0.00 |
| Acct: 4218 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,665.14 | 0.00 | 0.00 | 0.00 |
| Acct: 8093 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 802.60 | 0.00 | 0.00 | 0.00 |
| Acct: 6555 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 2,727.67 | 0.00 | 0.00 | 0.00 |
| Acct: 7449 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,184.03 | 0.00 | 0.00 | 0.00 |
| Acct: 9933 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,329.56 | 0.00 | 0.00 | 0.00 |
| Acct: 2767 | | | | |
| LVNV FUNDING LLC | 1,318.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9511 | | | | |
| LVNV FUNDING LLC | 938.73 | 0.00 | 0.00 | 0.00 |
| Acct: 7105 | | | | |
| LVNV FUNDING LLC | 832.14 | 0.00 | 0.00 | 0.00 |
| Acct: 6153 | | | | |
| DISCOVER BANK(*) | 10,408.68 | 0.00 | 0.00 | 0.00 |
| Acct: 0772 | | | | |
| DISCOVER BANK(*) | 7,298.93 | 0.00 | 0.00 | 0.00 |
| Acct: 4253 | | | | |
| AMEREN MISSOURI | 1,402.99 | 0.00 | 0.00 | 0.00 |
| Acct: 8129 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4914 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5034 | | | | |
| MCA MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9342 | | | | |
| US DEPARTMENT OF EDUCATION/MOHEl | 14,405.66 | 0.00 | 0.00 | 0.00 |
| Acct: 6293 | | | | |
| MERCY HEALTH | 612.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6293 | | | | |
| LVNV FUNDING LLC | 220.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0752 | | | | |
| LVNV FUNDING LLC | 882.25 | 0.00 | 0.00 | 0.00 |
| Acct: 3915 | | | | |
| LVNV FUNDING LLC | 1,121.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2530 | | | | |
| LVNV FUNDING LLC | 620.34 | 0.00 | 0.00 | 0.00 |
| Acct: 0641 | | | | |
| UPGRADE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7491 | | | | |
| US BANK NA** | 1,937.35 | 0.00 | 0.00 | 0.00 |
| Acct: 6435 | | | | |
| JUNGERMANN DENTAL CARE | 110.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4009 | | | | |
| JUNGERMANN DENTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4009 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL PAID TO CREDITORS                                                            48,664.35

    TOTAL CLAIMED
    PRIORITY                          0.00
    SECURED                   27,786.50
    UNSECURED                 62.774.35

Date: 07/28/2026                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com